FILED
DEC 1 0 2019
AT_____ O'CLOCK
John M. Domurad, Clerk - Albany
US DISTRICT COURT - N.D. OF N.Y.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

In Re . . .                                              )   Criminal No. 1:19-mJ-830-DJS
A) Property Located at 144 Main Street,                  )
Apartment 311, New Paltz, New York; B)                  )   **Government's Sealing Application**
Person of Jacob Delaney; and C) Any                     )
Computers and Electronic Storage Media                  )   **Filed Under Seal**
Located During The Searches                             )
                                                        )
                                                        )

The United States of America, by and through its counsel of record, the United States

Attorney for the Northern District of New York ["NDNY"], hereby applies to the Court pursuant

to NDNY Criminal Local Rule 13.1 for the sealing of the following: (a) one or more documents

submitted to the Court at the same time as this sealing application, which document(s) request a

Court order authorizing certain investigative activity or an arrest warrant; (b) the Court's order

authorizing such investigative activity or an arrest warrant; (c) this sealing application; and (d) the

Court's sealing order, which has the same caption.

The United States respectfully requests such sealing because public filing of the above-

described documents may *[indicate all reasons that apply]*:

| | |
|---|---|
| ☒ | Jeopardize an ongoing federal criminal investigation by revealing the existence of that investigation to potential targets and subjects of the investigation; |
| ☐ | Jeopardize the safety of a person who has provided information and/or other assistance to the criminal investigation or the family and/or friends of such person by revealing such person's cooperation with the investigation to those under investigation or their associates; |
| ☒ | Jeopardize the safety of law enforcement personnel; |
| ☒ | Reveal law enforcement methods, techniques, and/or procedures, thereby jeopardizing future investigations using such methods, techniques, and/or procedures; |
| ☐ | Reveal non-public information about one or more victims and/or witnesses and such information could lead to adverse financial and/or social consequences for such person(s); |
| ☒ | Reveal non-public information about one or more targets or subjects of the investigation who have not been charged with a crime in the relevant investigation and such information could lead to adverse financial and/or social consequences for such person(s); |

| ☐ | Reveal matters in violation of federal law, such as Rule 6(e) of the Federal Rules of Criminal Procedure and/or Title 26, United States Code, Section 6103; |
|---|---|
| ☐ | Jeopardize national security. |

Along with the above-described documents, the government is filing a redacted version of the proposed sealing order, one that has the words "filed under seal" replaced with the words "for public filing" and has the case caption redacted. The government has no objection to the public filing of this version of the proposed sealing order.

The government further requests the following:

1)      That the government be permitted to disclose the sealed documents to appropriate law enforcement officials; and

2)      That the Court order that the above-described documents remain under seal until further order of this Court or any court of competent jurisdiction, except that if the document(s) filed under seal relate solely to a government request for an arrest warrant, that such documents and the warrant be unsealed upon the arrest of the person to be arrested.

If this Court determines that the above-described document(s) should not be filed under seal, the government requests that the Court return the document(s) to the government without filing them publicly.

Dated: December 10, 2019                    GRANT C. JAQUITH
                                            United States Attorney

                              By:    _____
                                            Alicia G. Suarez
                                     ·      Assistant United States Attorney
                                            Bar Roll No. 700218