November 7, 2023

Hon. Thomas J. McAvoy
Senior U.S. District Judge
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, New York 13901



Re: United States v. Jacob Delaney 1:20-CR-335 (TJM)

Dear Judge McAvoy:

   This letter is respectfully submitted as a request that the search warrant case (1:19-MJ-830-DJS) in the above-referenced criminal matter be unsealed. Although I found several documents in this case have been unsealed, including the search warrant application with the affidavit, I'm wondering if the continued sealing of the search warrant case is possibly an oversight. As an American-born citizen, and a member of the public, I have standing to request the unsealing of these documents due to a direct interest in the integrity of public records and proceedings. On behalf of the American public, which has a constitutional "right of access to criminal proceedings and documents filed therein," CBS, Inc. v. U.S. Dist. Court, 765 F.2d 823,825 (9th Circuit, 1985), I would like to ask that all the judicial records in the search warrant case 1:19-MJ-830-DJS be made available to me.

   I am currently researching cases of this nature and have found several that are unsealed:

| Case # | District |
|---|---|
| 5:20-mj-00044 | Northern District of Florida |
| 1:20-MJ-00481 | Western District of Michigan |

| | |
|---|---|
| 2:20-mj-00143-kjd | District of Vermont |
| 4:20-mj-03301 | Eastern District of Missouri |
| 1:20-MJ-00255 | District of Maine |
| 1:20-mj-00243-LPA | Middle District of North Carolina |
| 1:21-mj-00148, 1:21-MJ-00146 | District of New Hampshire |
| 4:20-mj-05049 | Eastern District of Missouri |
| 4:20-mj-07161 | Eastern District of Missouri |
| 4:20-mj-08007 | Eastern District of Missouri |
| 4:20-mj-08005 | Eastern District of Missouri |
| 1:20-mj-236 | Middle District of North Carolina |
| 1:20-mj-244 | Middle District of North Carolina |

I've read your local rules for the Northern District of New York which require that a motion be filed every 180 days in order to keep a case sealed. I didn't find that such motion had been filed. Much of the information contained in these documents is already in the public eye, as referenced in the cases above. Courts nationwide acknowledge a general right for the public to inspect and copy public records, including judicial records and documents. There is no compelling reason to continue sealing the magistrate search warrant case or its documents. If there are any fees or formal procedures required to process this request, please inform me so I can promptly comply with them.

Respectfully Submitted,

Nancy Davis
P. O. Box 567
Danville, Ky. 40423
Email: nancy.kentucky@gmail.com

NANCY DAVIS
P.O. Box 567
Danville, KY 40423

Hon. Thomas J. McAvoy
Senior U.S. District Judge
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, New York 13901

**PRIORITY MAIL** ® **FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

APPLY PRIORITY MAIL POSTAGE HERE

Retail





13901

U.S. POSTAGE PAID
PM
DANVILLE, KY 40422
NOV 08, 2023

$9.65

RDC 03    0 Lb 0.80 Oz    R2305E125702-16

VISIT US A
Label 106A,

VISIT US AT US
Label 106A, Nov 2

EXPECTED DELIVERY DAY: 11/13/23

USPS TRACKING® #



9505 5107 1867 3312 7479 57

EP14H February 2023 Outer Dimension: 10 x 5

PRIORITY MAIL
PRESS FIRMLY TO SEAL
TRACKED • INSURED
PS00001000064
EP14H February 2023
OD: 10 x 5
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE
United States Postal Service®
VISIT US AT USPS.COM®
Label 106A, Nov 2018
This product is for use with Priority Mail®. Misuse may be a violation of federal law. This label is not for resale.
This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale.

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

EP14H © U.S. Postal Service; February 2023; All rights reserved.

UNITED STATES POSTAL SERVICE®