

**United States Department of Justice**

*United States Attorney*
*Northern District of New York*

| | |
|---|---|
| *445 Broadway, Room 218* | *Tel.: (518) 431-0247* |
| *James T. Foley U.S. Courthouse* | *Fax: (518) 431-0249* |
| *Albany, New York 12207-2924* | |

November 29, 2023

**VIA EMAIL**
Hon. Daniel J. Stewart
U.S. Magistrate Judge
James T. Foley U.S. Courthouse
445 Broadway, Room 314
Albany, New York 12207

Re:   *Sealed Search Warrant Unsealing*
      Docket No. 1:19-MJ-830 (DJS)

Dear Judge Stewart:

The United States has no objection to the unsealing of the search warrant materials in the above case, and has submitted an unsealing application and proposed order so that may be accomplished.

Thank you for your consideration in this matter.

Respectfully submitted,

CARLA B. FREEDMAN
United States Attorney

By:   */s/ Emmet J. O'Hanlon*
      Emmet J. O'Hanlon
      Assistant United States Attorney
      Bar Roll No. 519779