IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **In Re . . .** | ) | Criminal No.  1:19-MJ-830 (DJS) |
| | ) | |
| **Search Warrant Unsealing** | ) | **Government's Unsealing Application** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

The United States of America, by and through its counsel of record, the United States Attorney for the Northern District of New York ["NDNY"], hereby applies to the Court to unseal the following documents: Doc 1 - Application and Affidavit for Search Warrant as to Sealed Property, and Doc 2 - Search Warrant Issued as to Sealed Property. The reason(s) provided for the sealing of such documents are no longer applicable.

Dated: November 29, 2023

CARLA B. FREEDMAN
United States Attorney

By: /s/ Emmet O'Hanlon
Emmet O'Hanlon
Assistant United States Attorney
Bar Roll No. 519779

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **In Re . . .** | ) | Criminal No.    1:19-MJ-830 (DJS) |
| | ) | |
| **Search Warrant Unsealing** | ) | **Unsealing Order** |

The United States of America, by and through its counsel of record, the United States Attorney for the Northern District of New York ["NDNY"], has applied to the Court to unseal the following documents: Doc 1 - Application and Affidavit for Search Warrant as to Sealed Property, and Doc 2 - Search Warrant Issued as to Sealed Property. The reason(s) provided for the sealing of such documents are no longer applicable.

Accordingly, it is hereby ordered that the following documents: Doc 1 - Application and Affidavit for Search Warrant as to Sealed Property, and Doc 2 - Search Warrant Issued as to Sealed Property are unsealed.

IT IS SO ORDERED.

Dated and entered this _____ day of November, 2023.

                                                                                Hon. Daniel J. Stewart
                                                                               United States Magistrate Judge