IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In Re . . .** ) | Criminal No.    1:19-MJ-830 (DJS) |
| ) | |
| **Search Warrant Unsealing** ) | **Unsealing Order** |
| ) | |

The United States of America, by and through its counsel of record, the United States Attorney for the Northern District of New York ["NDNY"], has applied to the Court to unseal the following documents: Doc 1 - Application and Affidavit for Search Warrant as to Sealed Property, and Doc 2 - Search Warrant Issued as to Sealed Property. The reason(s) provided for the sealing of such documents are no longer applicable.

Accordingly, it is hereby ordered that the following documents: Doc 1 - Application and Affidavit for Search Warrant as to Sealed Property, and Doc 2 - Search Warrant Issued as to Sealed Property are unsealed.

IT IS SO ORDERED.

Dated and entered this __29__ day of November, 2023.

Hon. Daniel J. Stewart
United States Magistrate Judge