AO 93 (Rev. 11/13) Search and Seizure Warrant *(Page 1)*

# UNITED STATES DISTRICT COURT
## for the
## Northern District of New York

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 1:19-MJ-830-DJS
A) Property Located at 144 Main Street, )
Apartment 311, New Paltz, New York; B) )
Person of Jacob Delaney; and C) )
Any Computers and Electronic Storage )
Media Located During The Searches )

## NO KNOCK - SEARCH AND SEIZURE WARRANT - NO KNOCK

To: Any authorized law enforcement officer, including, but not limited to FBI and any member of the New York State Police

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Northern District of New York *(identify the person or describe the property to be searched and its given location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before   December 24, 2019
*(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10 p.m.   ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge Hon. Daniel J. Stewart.

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of ____.

Date issued: December 10, 2019
Time issued: 10:36 am
City and State: Albany, NY

Judge's Signature

Hon. Daniel J. Stewart, U.S. Magistrate Judge
*Printed name and title*

| Return | | |
|---|---|---|
| Case No.: | Date & time warrant executed: Dec. 12, 2019 7:15 AM | Copy of warrant & inventory left with: At residence |

**Inventory made in the presence of :**

**Inventory of the property taken and name of any person(s) seized:**

See attached.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: Nov. 30, 2023

*Executing officer's signature*

Andrew J. Zubik Special Agent FBI
*Printed name and title*

FD-597 (Rev. 4-13-2015)                                      Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
# RECEIPT FOR PROPERTY

Case ID: 305I-AL-3201532

On (date): 12/12/2019

item(s) listed below were:
- [X] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name): 

(Street Address): 144 MAIN ST APT 311

(City): NEW PALTZ, NY

**Description of Item(s):**

120GB Black

Hugo Boss Thumb drive

sandisk cruzer 16GB

IPAD DMPXD0HJJF8N

IPAD DMQHP12UDVD2

Dell FN47R32

Iphone FFMXQ0ZYKPHH

Received By: _____ (signature)

Received From: _____ (signature)

Printed Name/Title: _____

Printed Name/Title: _____